UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA STOCK,<br><br>            Plaintiff,<br><br>    v.<br><br>STANISLAUS COUNTY, et al.,<br><br>            Defendants. | No. 1:19-cv-01598-NONE-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS AND FAILURE TO STATE A CLAIM<br><br>(Doc. No. 8) |

On November 8, 2019, plaintiff, proceeding *pro se*, filed a complaint against defendants under 42 U.S.C. § 1983. (Doc. No. 1.) Plaintiff also filed a motion to proceed *in forma pauperis*, which was granted on December 16, 2019. (Doc. Nos. 2, 4.)

On January 14, 2020, the assigned magistrate judge screened plaintiff's complaint and found that plaintiff failed to state a cognizable claim under 42 U.S.C. § 1983 against any of the defendants. (Doc. No. 5.) The magistrate judge granted plaintiff 21 days to file an amended complaint to cure the deficiencies identified in the screening order. To date, plaintiff has not filed an amended complaint and the time do so has passed.

On May 11, 2020, the magistrate judge directed plaintiff to show cause within 21 days why the case should not be dismissed for his failure to comply with the January 14, 2020 order, and

warned plaintiff that if he did not respond to the order, a recommendation would issue that the action be dismissed.  (Doc. No. 7.)  Plaintiff failed to respond to the order to show cause by the deadline and has not filed a response to date.

In accordance with 28 U.S.C. § 636 and Local Rule 302, on July 1, 2020, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed because plaintiff failed to comply with the order to show cause, failed to comply with other court orders, and failed to state a claim in the complaint.  (Doc. No. 8.)  The findings and recommendations were mailed to plaintiff's address on the docket and contained notice that any objections were to be filed within 21 days.  (*Id.*)  No objections have been filed.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations dated July 1, 2020 (Doc. No. 8), are adopted in full;
2. This action is dismissed with prejudice due to plaintiff's failure to comply with court orders and failure to state a claim; and
3. The Clerk of Court is directed to assign a district judge to this case and thereafter close the case.

IT IS SO ORDERED.

Dated:  **August 11, 2020**

UNITED STATES DISTRICT JUDGE